UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF PUERTO RICO
------------------------------------------------
ELAINE L. CHAO, Secretary of Labor,:
United States Department of Labor,

           Plaintiff          :

                    :   Civil Action
          v.
                    :   No. 04-CV-01065 JAF

ACTION FORCE SECURITY, INC., A
Corporation, and YOLANDA LOPEZ TORRES, :
Individually and as President/Owner,

                    :

           Defendants
------------------------------------------------

## ORDER FOR THE ENTRY OF FIRST SUPPLEMENTAL JUDGMENT

In the Order for the Entry of Judgment dated May 16, 2005, the Court ordered at ¶ V that "Plaintiff shall submit a Supplemental Motion within thirty (30) days, which will include an exhibit delineating the amount of overtime compensation and liquidated damages owed to the specific employees of defendants for the period January 30, 2001, through February 2005." Plaintiff has now complied with that Order.

It is, therefore, hereby:

**I.   ORDERED** that the defendants are enjoined and restrained from withholding the payment of overtime compensation totaling $1,124,736.60, in the specific amounts listed opposite the employees' names in Exhibit A, attached hereto.

It is further

**II.   ORDERED** that the defendants shall pay liquidated damages totaling $1,124,736.60, in the specific amounts listed

opposite the employees' names in Exhibit A.

Judgment shall enter incorporating the terms of this Order as if set forth at length herein.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this __8th__ day of June, 2005.

_____
JOSE ANTONIO FUSTE
Chief U.S. District Judge

2